# EXHIBIT 1

Case 6:08-cv-06100-JLH   Document 206-1   Filed 10/15/09   Page 2 of 8 PageID #: 4536
SOUTHERN WINE AND SPIRITS v. MOUNTAIN VALLEY SPRING
Deposition of: QUENTIN MIMMS                              9/22/2009

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

SOUTHERN WINE AND SPIRITS       )
OF NEVADA, A DIVISION OF        )
SOUTHERN WINE AND SPIRITS       )
OF AMERICA, INC.,               )
                                )
          Plaintiff,            )
                                )
VS.                             ) CIVIL ACTION NO. 08-6100
                                )
MOUNTAIN VALLEY SPRING          )
COMPANY, LLC,                   )
                                )
          Defendant.            )

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF

QUENTIN L. MIMMS

September 22, 2009

Volume 1

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    ORAL DEPOSITION OF QUENTIN L. MIMMS, produced as a witness at the instance of the DEFENDANT, and duly sworn, was taken in the above-styled and numbered cause on the 22nd day of September, 2009, from 9:23 a.m. to 6:54 p.m., before Tonie Thompson, Certified Shorthand Reporter in and for the State of Texas, reported by machine shorthand, at Baker Botts, LLP , located at 2001 Ross Avenue, Suite 600, Dallas, Texas, pursuant to the Federal Rules of Civil Procedure and the Provisions stated on the record or attached hereto.

4

1                    P R O C E E D I N G S
2                THE VIDEOGRAPHER:  Okay.  We are on the
3    record at 9:23 a.m.  This is the videotaped deposition of
4    Quentin Mimms on September 22nd, 2009, in the matter of
5    Southern Wine and Spirits of Nevada, et al., versus
6    Mountain Valley Spring Company, LLC, Cause No. 08-6100,
7    filed in the United States District Court for the Western
8    District of Arkansas, Hot Springs Division.
9                This deposition is being held at 2001 Ross
10   Avenue, Dallas, Texas, Suite 1100.  My name is Drea
11   Ojeda.  The reporter is Tonie Thompson.
12               Will counsel please state your name for the
13   record.
14               MS. STEWART:  Amy Stewart, Rose Law Firm,
15   for Mountain Valley.
16               MR. SOLOMON:  Ryan Solomon, Mountain
17   Valley.
18               MS. DOAN:  Jennifer Doan for Southern Wine.
19               THE VIDEOGRAPHER:  Will the reporter please
20   swear in the witness.
21               (Witness sworn in.)
22               QUENTIN L. MIMMS,
23   having been first duly sworn, testified as follows:
24                          EXAMINATION
25   BY MS. STEWART:

Case 6:08-cv-06100-JLH Document 206-1 Filed 10/13/09 Page 4 of 9 PageID #: 4538
SOUTHERN WINE AND SPIRITS v. MOUNTAIN VALLEY SPRING
Deposition of: QUENTIN MIMMS        9/22/2009

169

```
 1    Marketing?
 2        A.   Or Beverage Digest?
 3        Q.   Or Beverage Digest.  I'm sorry.
 4        A.   Well, I've been involved in other matters that
 5    have dealt with disputes in the beverage industry.
 6        Q.   Can you identify those for me?
 7        A.   At least, ones that come to mind.  I've been
 8    involved in a matter between a major beverage supplier
 9    and distributor, related to distribution of their product
10    and dispute in that distribution.
11        Q.   Okay.  Which beverage -- did you say it's a
12    distributor?
13        A.   A supplier and distributor.
14        Q.   Okay.
15        A.   I don't believe I'm at liberty to disclose the
16    specific parties.
17        Q.   Why is that?
18        A.   It's not one that I was -- I did not issue -- or
19    did not issue a report or give deposition or testimony
20    on, and that information is confidential.
21        Q.   Tell me again, it was a distributor and
22    supplier?
23        A.   Yes.
24        Q.   Of what?
25        A.   Beverages.
```

```
 1    beverages?
 2        A.   I would say somewhat more indirectly.  I've had
 3    matters that have involved food service and other retail
 4    establishments.
 5        Q.   But not distribution of bottled water?
 6        A.   Those did not.  I had another unrelated project
 7    that dealt with the distribution of water, but it's a
 8    little bit different than this one.
 9        Q.   How long ago?
10        A.   Sometime in the '90s.
11        Q.   Early or late?
12        A.   I don't remember.
13        Q.   Why was it not like this one?
14        A.   It dealt with distribution of water to refugees
15    in Somalia.  There are a few different cost factors
16    involved there.
17        Q.   I see.
18             All right.  Had you had any other
19    engagements related to beverages?
20        A.   Those are the ones that come to mind.
21        Q.   So none specifically with water, except the
22    different kind that was about the refugees in Somalia?
23        A.   At least the water product, where it wasn't the
24    primary focus of the others, as I recall.
25        Q.   I thought you had said that, on the one that you
```

```
 1              IN THE UNITED STATES DISTRICT COURT
                FOR THE WESTERN DISTRICT OF ARKANSAS
 2                       HOT SPRINGS DIVISION
 3   SOUTHERN WINE AND SPIRITS   )
     OF NEVADA, A DIVISION OF    )
 4   SOUTHERN WINE AND SPIRITS   )
     OF AMERICA, INC.,           )
 5                               )
            Plaintiff,           )
 6                               )
     VS.                         )  CIVIL ACTION NO. 08-6100
 7                               )
     MOUNTAIN VALLEY SPRING      )
 8   COMPANY, LLC,               )
                                 )
 9          Defendant.           )
10         REPORTER'S CERTIFICATION/FILING CERTIFICATE
             ORAL DEPOSITION OF QUENTIN L. MIMMS
11                TAKEN ON SEPTEMBER 22, 2009
12       I, Tonie Thompson, Certified Shorthand Reporter in
13   and for the State of Texas, hereby certify pursuant to
14   the Federal Rules of Civil Procedure present to the
15   following:
16       That this deposition transcript is a true record of
17   the testimony given by MR. QUENTIN L. MIMMS, the witness
18   named herein, on SEPTEMBER 22, 2009, after said witness
19   was duly sworn/affirmed by me.
20       That the deposition transcript was submitted on the
21   _____ day of _____, 2009, to Mr. Quentin L. Mimms c/o
22   Ms. Jennifer Haltom Doan, for examination, signature and
23   return to me by
24   _____, 2009.
25       That the deposition transcript _____ was returned
```

```
 1    to U.S. Legal Support, Inc. on _____, 2009, was
 2    properly executed by the witness to the deposition
 3    officer, and the attached change/correction sheet
 4    contains any changes, and the reasons therefor, made by
 5    the witness.
 6         That the deposition transcript _____ was not
 7    returned to the deposition officer by the witness.
 8         That the original deposition transcript, or a copy
 9    thereof, together with copies of all exhibits, was
10    delivered on the _____ day of _____, 2009 to
11    MS. AMY LEE STEWART for the safekeeping and use at trial.
12         That the amount of time used by each party at the
13    deposition is as follows:
14         MS. DOAN.............00 HOURS:00 MINUTES
           MS. STEWART..........07 HOURS:21 MINUTES
15
           That pursuant to information given to the deposition
16
      officer at the time said testimony was taken, the
17
      following includes counsel for all parties of record:
18
           Ms. Jennifer Haltom Doan, Attorney for Plaintiff;
19         Ms. Amy Lee Stewart and Ryan Solomon, Attorneys for
              Defendant.
20
           That a copy of this certification was served on all
21
      parties shown herein.
22
23
24
25
```

SOUTHERN WINE AND SPIRITS v. MOUNTAIN VALLEY SPRING
Case 6:08-cv-06100-JLH   Document 206-1   Filed 10/13/09   Page 8 of 8 PageID #: 4542
Deposition of:   QUENTIN MIMMS                           9/22/2009

270

1   Certified to by me this _____ day of _____ 2009.

*Tonie Thompson*

Tonie Thompson
Texas CSR No. 8348
Expiration Date:  12/31/2010
U.S. Legal Support, Inc.
Firm Registration No. 343
5910 North Central Expressway
Suite 100
Dallas, Texas 75206
Phone:  (214)741-6001
Fax:  (214)741-6821
www.uslegalsupport.com