```
        IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 HOT SPRINGS DIVISION
```

**SOUTHERN WINE AND SPIRITS OF**
**NEVADA, a Division of Southern Wine**
**and Spirits of America, Inc.**                              **PLAINTIFF**

        v.               Civil No. 08-6100

**MOUNTAIN VALLEY SPRING COMPANY**                            **DEFENDANT**

## AMENDED & SUBSTITUTED ORDER

Now on this 28th day of July, 2010, comes on for consideration **Southern Wine's Motion for Disbursement of Funds Deposited by Southern Wine into the Registry of the Court** (document #270), and the Court finds and orders that the motion should be, and it hereby is, **granted**.

The Clerk of Court is hereby ordered and directed to disburse to Southern Wine, from the Registry of the Court, the amounts deposited therein by Southern Wine, $183,836.67, along with any interest earned on the deposit to date less the Court's fee of ten percent (10%) and any charges the clerk incurs for wiring the funds to Southern Wine.  Pursuant to Public Law 100-459, Revised effective December 1, 1990, the Court's fee of ten percent (10%) of the interest earned on the deposit shall be paid to the Clerk of Court.

**IT IS SO ORDERED.**

                                                   **/s/ Jimm Larry Hendren**
                                                   **JIMM LARRY HENDREN**
                                                   **UNITED STATES DISTRICT JUDGE**